UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIM M. MILLIREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:14-CV-337 (CEJ) |
| | ) |
| CONSUMER ADJUSTMENT COMPANY, INC. d/b/a CACI, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After learning that a settlement had been reached in this case, the court ordered the parties to file a stipulation for dismissal by December 15, 2014.  The parties were warned that the case would be dismissed with prejudice if the stipulation was not timely filed.  Because the parties did not file the stipulation,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice**. The costs shall be borne equally by the parties or in such manner as may be consistent with the parties' settlement agreement.

**IT IS FURTHER ORDERED** that the court will retain jurisdiction of this action for the sole purpose of determining whether to enforce the settlement upon motion of any party.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of December, 2014.